**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1157**

TONY AL-BESHRAWI,

Plaintiff - Appellant,

versus

CARLOS M. GUTIERREZ, United States Department
of Commerce; UNITED STATES OF AMERICA,

Defendants - Appellees.

**No. 06-1228**

TONY AL-BESHRAWI,

Plaintiff - Appellant,

versus

CARLOS M. GUTIERREZ, United States Department
of Commerce; UNITED STATES OF AMERICA,

Defendants - Appellees.

Appeals from the United States District Court for the Eastern
District of Virginia, at Alexandria. T. S. Ellis, III, District
Judge. (1:05-cv-1101-TSE-LO)

Submitted: June 27, 2007          Decided: July 18, 2007

Before MOTZ, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tony Al-Beshrawi, Appellant Pro Se. Richard Parker, Ralph Andrew Price, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Tony Al-Beshrawi appeals the district court's orders granting summary judgment in favor of his former employer, the United States Patent and Trademark Office, brought under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000), the Whistleblower Protection Act, 5 U.S.C. § 1201 (2000), and the Federal Privacy Act, 5 U.S.C. § 522(a) (2000). Al-Beshrawi also appeals the denial of his motion for reconsideration. We review de novo a district court's order granting summary judgment. Moore Bros. Co. v. Brown & Root, Inc., 207 F.3d 717, 722 (4th Cir. 2000). Summary judgment is appropriate only if, viewing the evidence in the light most favorable to the non-moving party, there are no genuine issues of material fact in dispute and the moving party is entitled to judgment as a matter of law. Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 255 (1986); Evans v. Technologies Applications & Serv. Co., 80 F.3d 954, 958 (4th Cir. 1996). We have thoroughly reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Al-Beshrawi v. Gutierrez, No. 1:05-cv-1101-TSE-LO (E.D. Va. filed Jan. 31, 2006 & entered Feb. 1, 2006; filed Feb. 13, 2006 & entered Feb. 14, 2006). We also deny Al-Beshrawi's pending motion to supplement the record on appeal. We dispense with oral argument because the facts and

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED